UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,

  v.

CHARLES A. FREDERICK,

       Defendant.

2:96-cr-00556-001 WBS

**SUPPLEMENTAL ORDER RE RESTITUTION**

      Janet M. Cummings, Trustee for the Ordell P. Gustafson Trust, has submitted documents to the court which show that Ordell P. Gustafson, a victim in this action, is deceased and that she is the sole representative of his estate.

      Accordingly, IT IS HEREBY ORDERED pursuant to 18 U.S.C. 3663(a)(2), Janet M. Cummings, as Trustee for the Ordell P. Gustafson Trust, shall assume the rights of Ordell P. Gustafson under the Order of Restitution dated September 2, 1997.

DATED: March 8, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE